# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1897
LT Case No. 2022-CF-000263-A

_____

JASON WELLS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Sumter County.
Mary P. Hatcher, Judge.

Jason Wells, Madison, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

June 26, 2026

PER CURIAM.

Appellant Jason Wells appeals the trial court's dismissal without prejudice of his Rule 3.850 post-conviction motion. In its order, the trial court allowed Wells thirty days to file a legally sufficient amended motion.

Because the trial court's dismissal was without prejudice to file an amended motion, it is a non-final non-appealable order. *See Young v. State*, 398 So. 3d 1133, 1133 (Fla. 5th DCA 2024). Accordingly, we dismiss this appeal without prejudice for want of jurisdiction. Wells may file an amended Rule 3.850 motion within sixty days of the date on which this Court's opinion becomes final. *See* Fla. R. Crim. P. 3.850(h)(2), (m).

DISMISSED WITHOUT PREJUDICE.

WALLIS, HARRIS, and SOUD, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————